F I
08 JUL -9    :56
RICHARD
CLERK, U.S. DI
THERN DISTRIC

E-filing

RMW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

George Flores

Plaintiff,

CV 08   3297

CASE NO. _____

vs. Warden Evans, sued Individually;
Capt. Ponder's, Sued Individually;
Lt. Celaya, Sued Individually;
Sgt. Atchley, Sued Individually; Defendants
Correctional Officer, J. Rodriguez Sued Individually;

PRISONER'S
APPLICATION TO PROCEED  (PR)
IN FORMA PAUPERIS

I, George Flores, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?        Yes ___ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Kern Valley State Prison, Facility A, Building 8

PRIS. APP. TO PROC. IN FORMA PAUPERIS                 13.

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  last employer was 1990' Electrical Components
4  Santa Fe Springs, Ca.
5  under $600.00 a month about $6.00 an hour

6  2. Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8     a.  Business, Profession or                    Yes ___ No ✓
9         self employment
10    b.  Income from stocks, bonds,                 Yes ___ No ✓
11        or royalties?
12    c.  Rent payments?                             Yes ___ No ✓
13    d.  Pensions, annuities, or                    Yes ___ No ✓
14        life insurance payments?
15    e.  Federal or State welfare payments,         Yes ___ No ✓
16        Social Security or other govern-
17        ment source?

18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  No.
21  
22  3.  Are you married?                             Yes ___ No ✓
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: ___ No. _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $___ No. ___    Net $___ No. ___
27  4.  a.  List amount you contribute to your spouse's support:$ ___
28      b.  List the persons other than your spouse who are dependent upon you for support

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  No.
4  
5  5.   Do you own or are you buying a home?   Yes ___ No ✓
6  Estimated Market Value: $ No.   Amount of Mortgage: $ No.
7  6.   Do you own an automobile?   Yes ___ No ✓
8  Make No.   Year No.   Model No.
9  Is it financed? Yes No. No No.   If so, Total due: $ No.
10 Monthly Payment: $ ___
11 7.   Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
12 Name(s) and address(es) of bank: No.
13 
14 Present balance(s): $ No.
15 Do you own any cash? Yes ___ No ✓ Amount: $ ___
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)   Yes ___ No ✓
18 
19 8.   What are your monthly expenses?
20 Rent: $ None.   Utilities: No.
21 Food: $ None.   Clothing: No.
22 Charge Accounts:
23 Name of Account         Monthly Payment         Total Owed on This Acct.
24 ~~___~~         $ ~~___~~         $ ~~___~~
25 ~~___~~         $ ~~___~~         $ ~~___~~
26 ~~___~~         $ ~~___~~         $ ~~___~~
27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.) None.

Kern Valley State Prison

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

May 19, 2008
DATE

George Flores
SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS       16.

Case Number: _____

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Sloan, C., H63771_ for the last six months at [prisoner name] _Kern Valley State Prison_ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _114.47_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _180.55_.

Dated: _6/19/08_                                  _T. Scruggs_
                                            [Authorized officer of the institution]

17.

```
REPORT ID: TS3030  .701                           REPORT DATE: 06/19/08
                                                  PAGE NO:          1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         KERN VALLEY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 19, 2008

ACCOUNT NUMBER : H62771               BED/CELL NUMBER: FAB800000000223L
ACCOUNT NAME   : FLORES, GEORGE            ACCOUNT TYPE: I
PRIVILEGE GROUP: B
                             TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -----------    -------    ---------   --------   -----------   -------

12/01/2007    BEGINNING BALANCE                                              0.00

   ACTIVITY FOR 2008
03/27  D320  TRUST FUNDS T  1547/CCI    Transfer  221.50                   221.50
04/23  D320  TRUST FUNDS T  1707/CCF    Transfer   24.25                   245.75
05/06  FC01  DRAW-FAC 1     1791/FA1D                            45.00     200.75
06/05  D300  CASH DEPOSIT   1974/MR                70.00                   270.75
06/05  D300  CASH DEPOSIT   1974/MR                30.00                   300.75
06/09  FC01  DRAW-FAC 1     1983FA/ALL                            45.00     255.75
06/17  W459  DONATION-HIGH  2040PIZZA6                            25.30     230.45

                             TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL       CURRENT      HOLDS     TRANSACTIONS
    BALANCE      DEPOSITS   WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
   ---------    --------    -----------    -------     -------    ------------
      0.00       345.75       115.30       230.45       0.00          0.00

                                                    CURRENT
                                                   AVAILABLE
                                                    BALANCE
                                                   ---------
                                                    230.45
```

THE WITHIN INSTRUMENT IS A
CORRECT COPY OF THE TRUST
ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION
BY _____
        TRUST OFFICE



REPORT ID: TS3030  .701                                          REPORT DATE: 06/19/08
                                                                 PAGE NO:       1

                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 19, 2008

ACCOUNT NUMBER : H62771                         BED/CELL NUMBER:
ACCOUNT NAME   : FLORES, GEORGE                    ACCOUNT TYPE: T
PRIVILEGE GROUP:
                                    TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE   DESCRIPTION      COMMENT       CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
------   ----   -----------      -------       ---------   --------    -----------    -------

12/01/2007      BEGINNING BALANCE                                                        0.00

12/11  D320  TRUST FUNDS    T 1545 CCI     Pennsly   129.85                            129.85
12/12  W512  LEGAL POSTAGE  1565 ENVEL                                    1.50         128.35
12/12  W512  LEGAL POSTAGE  1565 ENVEL                                    1.50         126.85
12/18  W512  LEGAL POSTAGE  1607 ENVEL                                    1.50         125.35
12/19  D320  TRUST FUNDS    T 1616 CCI     Transfer   70.00                            195.35
       ACTIVITY FOR 2008
01/03  W610  TRANSFER OF    T 1716 CCI     284041658                    195.35           0.00
02/25  D320  TRUST FUNDS    T 2212 CCI     Transfer  171.50                            171.50
03/05  W610  TRANSFER OF    T 2284 CCI     284042070                    171.50           0.00

                                    TRUST ACCOUNT SUMMARY

   BEGINNING        TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
    BALANCE       DEPOSITS      WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
   ---------      --------      -----------      -------       -------      ------------
      0.00         371.35         371.35           0.00          0.00           0.00



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.   6/19/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY R. Macias SVSP
     TRUST OFFICE

                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ---------
                                                                0.00

```
REPORT ID: TS3030  .701                                              REPORT DATE: 06/19/08
                                                                     PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CALIF CORRECTIONAL INSTITUTION
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 19, 2008

ACCOUNT NUMBER : H62771                   BED/CELL NUMBER:
ACCOUNT NAME   : FLORES, GEORGE           ACCOUNT TYPE: T
PRIVILEGE GROUP:

                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE   DESCRIPTION      COMMENT    CHECK NUM    DEPOSITS    WITHDRAWALS   BALANCE

12/01/2007  BEGINNING BALANCE                                                      79.85
12/04 D300  CASH DEPOSIT    3566 MR815                  50.00                     129.85
12/05 W610  TRANSFER OF T   3605SVSP     185372688                  129.85          0.00
12/07 D300  CASH DEPOSIT    3710MRL832                  40.00                      40.00
12/13 D300  CASH DEPOSIT    3830MR850                   30.00                      70.00
12/13*W610  TRANSFER OF T   3859 SVSP    185372757                   70.00          0.00
ACTIVITY FOR 2008
01/03 D300  CASH DEPOSIT    4294MRL0895                 50.00                      50.00
01/04 W502  POSTAGE CHARG   4372POSTAG                               14.29         35.71
01/11 W502  POSTAGE CHARG   4527POSTAG                               19.41         16.30
01/22 FC06  DRAW-FAC 6      1-6-3-4711                               16.30          0.00
01/23 D320  TRUST FUNDS T   4736SVSP                   195.35                     195.35
02/13 FR01  CANTEEN RETUR   705266                                    0.40-       195.75
02/14 W610  TRANSFER OF T   5328SVSP     185373513                  171.50         24.25
03/14 D300  CASH DEPOSIT    6072MRL145                  50.00                      74.25
03/14 D320  TRUST FUNDS T   60735SVSP                  171.50                     245.75
03/20 W610  TRANSFER OF T   6188KVSP     185373884                  221.50         24.25
04/17 W610  TRANSFER OF T   6817 KVSP    185374185                   24.25          0.00

                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL        CURRENT    HOLDS        TRANSACTIONS
BALANCE        DEPOSITS     WITHDRAWALS  BALANCE    BALANCE      TO BE POSTED
 79.85          586.85       666.70        0.00      0.00           0.00

                                                       CURRENT
                                                      AVAILABLE
                                                       BALANCE
                                                        0.00
```

Clerk of the United States District Court for the Northern District of Califoria;

① Copys of one original & a copy 2 copys for the Court..

② One copy to be stamped, & sent back in embossed stamped self addressed envelope. to be stamped by clerk please. Thank you.

③ Three copys in total two for the courts & one to be sent back to me George Flores H-62711 Thank you.

May.23,2008              George Flores H-62711

④ I didn't realize Informa Pauperis took so long for verification from the Trust Account Office. It's June.04, 2008.