1
2
3
4
5                                                             ***E-FILED - 8/7/09***
6
7
8
9            IN THE UNITED STATES DISTRICT COURT
10           FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12   GEORGE FLORES,                )      No. C 08-3297 RMW (PR)
                                   )
13           Plaintiff,             )      JUDGMENT
                                   )
14       v.                        )
                                   )
15   WARDEN EVANS, et al.,          )
                                   )
16           Defendants.            )
                                   )
17

18       An order of judgment is hereby entered DISMISSING this action without prejudice for
19   failure to exhaust. The clerk shall close the file.
20       IT IS SO ORDERED.
21   DATED:   8/5/07                    _____
                                        RONALD M. WHYTE
22                                      United States District Judge
23
24
25
26
27
28

Judgment
P:\PRO-SE\SJ.Rmw\CR.08\Flores297jud.wpd         1